UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
IN RE:

*EX PARTE* PETITION OF ISMAEL REYES
FOR AN ORDER TO TAKE DISCOVERY
UNDER 28 U.S.C. § 1782

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/18/2020
```

19 Civ. 7219

**ORDER**

ANALISA TORRES, District Judge:

The Clerk of Court is directed to close the case.

SO ORDERED.

Dated: May 15, 2020
       New York, New York

_____
ANALISA TORRES
United States District Judge